Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**

AUG 31 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Norman Clancy

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 18 5375

*(to be filled in by the Clerk's Office)*

KAW

E-FILING

ADR

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Voyager Analytics

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.**     **The Parties to This Complaint**

**A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Norman Clancy |
| Street Address | 6511 Kona Court |
| City and County | San Jose, Santa Clara |
| State and Zip Code | California  95119 |
| Telephone Number | 4089033556 |
| E-mail Address | normanclancyster@gmail.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                         Voyager Analytics

    Job or Title *(if known)*

    Street Address                1185 Ave of Americas

    City and County             New York, Manhattan

    State and Zip Code        New York   10036

    Telephone Number         212 404 2402

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
17 USC Section 106

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)* _____, is a citizen of the
         State of *(name)* _____.

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)* _____, is incorporated
         under the laws of the State of *(name)* _____,
         and has its principal place of business in the State of *(name)* _____
         _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)* _____, is a citizen of
         the State of *(name)* _____. Or is a citizen of
         *(foreign nation)* _____.

     b.    If the defendant is a corporation

        The defendant, *(name)* Voyager Analytics _____ , is incorporated under

        the laws of the State of *(name)* Delaware _____ , and has its

        principal place of business in the State of *(name)* New York _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Punitive damages are available in this case and other significant damages will also be awarded.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        Voyager sold and made available for distribution my photos and images and will continue to do so unless ordered  by the court to cease and desist.
Voyager distributed and sold my photos and images.
Copyright Infringement commenced on or about 6/15/2016
The events giving rise to my claim took place in California.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        6/15/2016  Approximately

C.   What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what?*
     *Was anyone else involved?  Who else saw what happened?)*
     Voyager sold and distributed my copyright photos and images.
     voyager downloaded my photos to servers located in Israel.
     The entire Voyager organization was aware of photos and images being sold and distributed on line.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Voyager continues to sell and distribute my photos and images in violation of 17 USC 106.

Without an injunction the copyright infringement will continue indefinitely and will continue to cause harm.

This is evident by the fact that I sent demand letters, Cease and Desists and other communications to Voyager and as far as I know they were ignored.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Permanent Injunction to force Voyager from illegally selling and distributing my photos and images.
Actual Damages 750,000 loss of pay
Punitive Damages 20,000,000 Willful and intentional copyright infringement.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/31/2018

Signature of Plaintiff

Printed Name of Plaintiff    Norman Clancy

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address