UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CLANCY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VOYAGER ANALYTICS,<br><br>　　　　Defendant. | Case No. 4:18-cv-05375-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

On August 31, 2018, Plaintiff Norman Clancy filed this case against Defendant Voyager Analytics. (Dkt. No. 1.) Plaintiff also filed an application to proceed in forma pauperis, which was denied on October 26, 2018. (Dkt. No. 8.) The Court gave Plaintiff until January 4, 2019 to pay the filing fee. (Dkt. No. 13.)

As of the date of this order, Plaintiff has failed to pay the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **February 22, 2019**, why this case should not be dismissed by: (1) filing an amended IFP application or paying the filing fee, and (2) explaining why Plaintiff failed to comply with the Court's prior order. Failure to respond will result in the Court reassigning this case with the recommendation that it be dismissed for failure to prosecute.

Additionally, the case management conference scheduled for March 5, 2019 is continued to **June 11, 2019** at 1:30 p.m., U.S. District Court, 1301 Clay Street, Oakland, California. Case management conference statements are due on or before June 4, 2019.

IT IS SO ORDERED.

Dated: January 30, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge