1  NORMAN CLANCY
2  6511 Kona Court
   San Jose, CA 95119
3  PLAINTIFF *Pro Se*

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11 | NORMAN CLANCY,              | No. 4:18-CV-05375-KAW
12 |         Plaintiff,          |
                                  | **NOTICE OF VOLUNTARY DISMISSAL**
13 |    v.                       | **WITH PREJUDICE PURSUANT TO FED.**
                                  | **R. CIV. P. 41(a)(1)**
14 | VOYAGER ANALYTICS,          |
15 |         Defendant.          |

16

17

18

19

20

21

22

23

24

25

26

27

28

1     NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Norman Clancy hereby dismisses with prejudice the above-captioned action against Voyager Analytics, Inc.  Each party shall bear its own costs and attorney fees.

Dated:  February ___, 2019

By:_____
    Norman Clancy, Plaintiff

- 1 -

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), plaintiff Norman Clancy hereby dismisses with prejudice the above-captioned
3  action against Voyager Analytics, Inc.  Each party shall bear its own costs and attorney fees.
4
5  Dated: February 20, 2019                          By: _____
6                                                                    Norman Clancy, Plaintiff

- 1 -